UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEBORAH LAUFER, Individually,** | : |
| **Plaintiff,** | : |
| v. | : Case No. 3:20-cv-03200-SEM-TSH |
| **LODGING ENTERPRISES OF SPRINGFIELD, LLC d/b/a COMFORT SUITES SPRINGFIELD, a Domestic Limited Liability Company,** | : |
| **Defendant.** | : |
| _____/ | |

## PLAINTIFF'S MOTION FOR DEFAULT

Plaintiff, DEBORAH LAUFER, by and through undersigned counsel, and pursuant to Rule 55(a), *Fed.R.Civ.P.*, hereby moves for default against Defendant, LODGING ENTERPRISES OF SPRINGFIELD, LLC d/b/a COMFORT SUITES SPRINGFIELD. Defendant was served with the summons and complaint on October 1, 2020. *See* Return Of Service filed at Doc. 4.   Defendant's answer or responsive pleading was due October 22, 2020. Defendant has failed to file any response.

Respectfully submitted,

October 28, 2020

Attorney for Plaintiff:

/s/ Kimberly A. Corkill, Esq.

Kimberly A. Corkill, Of Counsel
Thomas B. Bacon, P.A.
7 N. Coyle Street
Pensacola, FL 32502
ph. 850-375-3475
fx 877-828-4446
kimberlyatlaw@gmail.com
Florida Bar Id. No. 84942

Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.

644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (850)375-3475
kimberlyatlaw@gmail.com
Florida Bar. Id. No. 84942