UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEBORAH LAUFER, Individually,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **LODGING ENTERPRISES OF SPRINGFIELD, LLC d/b/a COMFORT SUITES SPRINGFIELD, a Domestic Limited Liability Company,** : <br> : <br> **Defendant.** : <br> _____/ | Case No. 3:20-cv-03200-SEM-TSH |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Comes now Plaintiff, DEBORAH LAUFER, by and through undersigned counsel and files this response to this Honorable Court's Order to Show Cause and for the entry of an order extending the time to complete service of process pursuant to the provisions of Federal Rule of Civil Procedure 6 and as grounds therefore would show the Court as follows:

1. Plaintiff filed her Complaint on August 5, 2020. DE 1.

2. The Court subsequently issued a summons for Defendant, LODGING ENTERPRISES OF SPRINGFIELD, LLC d/b/a COMFORT SUITES SPRINGFIELD via its last known registered agent, Henry Mitchell, at 2610 West Main, P.O. Box 70, Marion, IL 62959. *See* Exhibit A.

3. Plaintiff's counsel hired Stewart and Associates ("Process Server") on August 24, 2020 to serve Defendant.

4. On or about September 15, 2020, Process Server returned an Affidavit of Non-Service which read as follows:

Unsuccessful Attempt: Sept. 2, 2020, 3:59 pm CDT at 2610 West Main, Marion,

> IL 62959
> There are 3 hotels here.   None are the one needed.   The address on GPS shows up to an empty field next to I 57.   There are 3 hotels in the same area.   I went into all three asking for Henry Mitchell and no one knew of Henry Mitchell.   None of these hotels are Comfort Suites either.

*See* Affidavit of Non-Service attached hereto as Exhibit B.

5. On September 25, 2020, undersigned counsel asked Process Server to attempt service on Mr. Mitchell at the Defendant's principal office, *i.e.,* the hotel at 2620 S Dirksen Pkwy, Springfield, IL 62703.   *See* Exhibit C.

6. Process Server then effectuated serve on the hotel's manager, Justin Hamilton, on October 1, 2020.   DE 4.

7. Plaintiff moved for default on October 28, 2020 after Defendant failed to file an answer or response within the prescribed twenty-one (21) day period. DE 5.

8. On November 2, 2020, this Court denying Plaintiff's Motion for Default as it did not believe perfected service on Defendant.

9. Undersigned counsel subsequently asked Process Server to run a skip trace on Henry Mitchell, which revealed that Mr. Mitchell is deceased. *See* Exhibits D & E.

10. Undersigned counsel is currently trying to locate another agent to effectuate service on Defendant.

11. Federal Rule of Civil Procedure 6 authorizes the Court to grant an extension of time to complete service of process where necessary to effectuate service over a defendant and accordingly, Plaintiff requests an extension of ninety (90) days to complete service over Defendant LODGING ENTERPRISES OF SPRINGFIELD, LLC d/b/a COMFORT SUITES SPRINGFIELD.

12. Plaintiff has been attempting to diligently pursue this matter and the requested extension is not intended for delay.

13. Defendant will not be prejudiced by the granting of the requested extension.

WHEREFORE, Plaintiff, DEBORAH LAUFER, moves this Honorable Court to extend the time for completing service of process in this case by an additional ninety (90) days until March 21, 2021.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this December 21, 2020.

Respectfully submitted,

Attorney for Plaintiff:

/s/ Kimberly A. Corkill, Esq.

Kimberly A. Corkill, Of Counsel
Thomas B. Bacon, P.A.
7 N. Coyle Street
Pensacola, FL 32502
ph. 850-375-3475
fx 877-828-4446
kimberlyatlaw@gmail.com
Florida Bar Id. No. 84942

Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (850)375-3475
kimberlyatlaw@gmail.com
Florida Bar. Id. No. 84942