UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEBORAH LAUFER, Individually,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 3:20-cv-03200-SEM-TSH |
| : | |
| **LODGING ENTERPRISES OF** : | |
| **SPRINGFIELD, LLC d/b/a COMFORT** : | |
| **SUITES SPRINGFIELD, a Domestic Limited** : | |
| **Liability Company,** : | |
| : | |
| **Defendant.** : | |
| _____/ | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff, by and through undersigned counsel, hereby files this Notice of Supplemental Authority.

On March 22, 2021, a United States Magistrate Judge the Western District of New York denied motions to dismiss in *Laufer v. Drashti Batavia, LLC*, 1:20-cv-407-LJV-MJR, DE 51 (W.D. N.Y. 3/22/21), Exhibit A attached hereto, and *Laufer v. Jamestown Hotel, LLC*, 1:20-cv-37-LJV-MJR, DE 38 (W.D. N.Y. 3/22/21), Exhibit B attached hereto. The court cited *Havens Realty Corp. v. Coleman*, 455 U.S. 363 (1998), *PGA Tour, Inc. v. Martin*, 532 U.S. 661 (2001), *Spokeo, Inc. v. Robins*, 136 S.Ct. 1540 (2016), *Carello v. Aurora Policeman Credit Union*, 930 F.3d 830 (7th Cir. 2019) and *Houston v. Marod Supermarkets, Inc.*, 733 F.3d 1323 (11th Cir. 2013), in concluding that a plaintiff suffers injury for reviewing a discriminatory online reservations system and no intent to book a room is required. The court noted the minority opinions which held to the contrary and disagreed, instead joining the majority of district courts which likewise declined to impose this requirement.

The court also rejected the argument that the third party online reservations system providers are indispensable parties.

Respectfully submitted,

By: /s/ Kimberly A. Corkill, Esq.

Kimberly A. Corkill, Of Counsel
Thomas B. Bacon, P.A.
7 N. Coyle Street
Pensacola, FL 32502
ph. 850-375-3475
fx 877-828-4446
kimberlyatlaw@gmail.com
Florida Bar Id. No. 84942

Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (850)375-3475
kimberlyatlaw@gmail.com
Florida Bar. Id. No. 139262

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this March 22, 2021.

/s/Kimberly A. Corkill
Kimberly A. Corkill, Esq.