## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEBORAH LAUFER, Individually,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 3:20-cv-03200-SEM-TSH |
| : | |
| **LODGING ENTERPRISES OF** : | |
| **SPRINGFIELD, LLC d/b/a COMFORT** : | |
| **SUITES SPRINGFIELD, a Domestic Limited** : | |
| **Liability Company,** : | |
| : | |
| **Defendant.** : | |
| _____/ | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties and, by and through respective counsel, hereby agree to dismiss this case with prejudice, with all parties to bear their own costs, attorney fees and litigation expenses.

Date: August 11, 2022

Respectfully submitted,

By: /s/ Kimberly A. Corkill, Esq.  
Kimberly A. Corkill, Of Counsel  
Thomas B. Bacon, P.A.  
7 N. Coyle Street  
Pensacola, FL 32502  
Ph. 850-375-3475  
Fx: 877-828-4446  
Florida Bar No. 84942  
kimberlyatlaw@gmail.com  
Attorney for Plaintiff  

By: /s/ Ryan T. Benson  
Ryan T. Benson  
O'Hagan Meyer LLC  
One East Wacker Drive, Suite 3400  
Chicago, Illinois  60601  
Ph: 312-422-6100  
Fx: 312-422-6110  
ARDC No. 6312338  
rbenson@ohaganmeyer.com  
Attorney for Defendant

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this August 11, 2022.

/s/ Kimberly A. Corkill